IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ETHEL VENICE POGUE, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:16-CV-1330-L |
| § | |
| ESTEPHANY M. SIBRIAN, et al., § | |
| § | |
| Defendants. § | |

## ORDER

Before the court is Plaintiff Ethel Venice Pogue's ("Plaintiff") *pro se* Application to Proceed in Forma Pauperis (Doc. 5), filed May 13, 2016. The case was referred to Magistrate Judge Irma Castillo Ramirez who entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on June 14, 2016, recommending that the court deny the application and *sua sponte* dismiss the action without prejudice for failure to prosecute and obey orders of the court pursuant to Federal Rule of Civil Procedure 41(b). No objections to the Report were filed.

After reviewing the pleadings, file, record, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **denies** Plaintiff's Application to Proceed in Forma Pauperis and *sua sponte* **dismisses** the petition **without prejudice** for failure to prosecute and comply with orders of the court pursuant to Federal Rule of Civil Procedure 41(b).

**It is so ordered** this 2nd day of August, 2016.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge